David P. Mastagni (SBN 57721)
David E. Mastagni (SBN 204244)
Jeffrey R. A. Edwards (SBN 265597)
MASTAGNI HOLSTEDT, APC
1912 "I" Street
Sacramento, California 95811-3151
Phone: 916-446-4692
Fax: 916-447-4614
jedwards@mastagni.com

Attorneys for Plaintiff
KEYEANNA SAUNDERS

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California  90067
Telephone:   (310) 557-0050
Facsimile:    (310) 557-0056
Email: jberry@lgbfirm.com
Email: klaquay@lgbfirm.com

Attorneys for Defendants
COMMUNITY LOANS, INC., and
ROBERT REICH and Defendant-
Counterclaimant FAST AUTO LOANS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYEANNA SAUNDERS, suing individually and by and on behalf of all others similarly situated, and the general public,<br><br>Plaintiffs<br><br>v.<br><br>FAST AUTO LOANS, INC., a California corporation D/B/A FAST AUTO AND PAYDAY LOANS; COMMUNITY LOANS OF AMERICA, INC., a Georgia Corporation; and ROBERT REICH, an individual;<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:15-CV-02624-WBS-CKD<br><br>**CLASS ACTION & COLLECTIVE ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO STRIKE TO APRIL 25, 2016**<br><br>[Fed. R. Civ. Proc. 6; Local Rules 143-144] |

The Court having reviewed the parties' Joint Motion to Continue the Hearing on Plaintiff's Motion to Strike (currently set for hearing on April 18, 2016, at 1:30 p.m.) to the same date and time set for the initial Status Conference in this action (April 25, 2016, at 1:30 p.m.) (the "Joint Motion"), and good cause appearing therefor,

**IT IS ORDERED** that the Joint Motion is GRANTED, and the hearing on Plaintiff's Motion to Strike is continued to April 25, 2016, at 1:30 p.m.

**SO ORDERED**.

Dated:  March 30, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE