UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEYEANNA SAUNDERS, suing individually and by and on behalf of all others similarly situated, and the general public,<br><br>        Plaintiffs,<br><br>  v.<br><br>FAST AUTO LOANS, INC., a California Corporation dba FAST AUTO AND PAYDAY LOANS; COMMUNITY LOANS OF AMERICA, INC., a Georgia Corporation; and ROBERT REICH, an individual,<br><br>        Defendants. | CIV. NO. 2:15-2624 WBS CKD<br><br>ORDER |

----oo0oo----

        The court has considered defense counsel's request to appear by telephone at the April 25, 2016 status conference and hearing on plaintiff's motions to strike and dismiss, (Docket No. 12).

1

1          The recent revisions to the Federal Rules of Civil
2 Procedure emphasize that, when appropriate, the court should work
3 closely with the parties to encourage proportional discovery and
4 efficient resolution.  <u>See</u> Fed. R. Civ. P. 1 ("These rules . . .
5 should be construed, administered, and employed <u>by the court and
6 the parties</u> to secure the just, speedy, and inexpensive
7 determination of every action and proceeding." (emphasis added)).
8          The changes to Rule 16 specifically encourage the court
9 to hold in-person status conferences with the parties' attorneys,
10 rather than consulting by phone, mail, or other means.  Fed. R.
11 Civ. P. 16(b)(1)(B); <u>id.</u> R. 16 Advisory Committee's note to 2015
12 amendment ("The provision for consulting at a scheduling
13 conference by 'telephone, mail, or other means' is deleted.  A
14 scheduling conference is more effective if the court and parties
15 engage in direct simultaneous communication.").
16          Specifically, the attorneys' personal appearance at the
17 hearing is important in this case because the court will also
18 hear plaintiff's motions to strike defendants' forty-one
19 affirmative defenses and dismiss defendants' four counterclaims
20 at the same time.  The voluminous number of affirmative defenses
21 and counterclaims could significantly impact the management of
22 this case and subsequent discovery and, as a result, warrant
23 careful consideration at the hearing.
24          IT IS THEREFORE ORDERED that counsel's request to
25 appear by phone be, and the same hereby is, DENIED.
26 Dated:  April 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2